**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
RECEIVABLES PERFORMANCE MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE TAYLOR,<br><br>　　　　　Plaintiff,<br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a Delaware limited liability company, and Does 1-10,<br>　　　　　Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC hereby files this notice of removal under 28 U.S.C. §1446(a).

**A.　INTRODUCTION**

1.　The parties to this action are Plaintiff, JACQUELINE TAYLOR ("Plaintiff") and Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC ("Defendant").

{00038705;1}

2. Upon information and belief, Plaintiff initially filed this case on September 10, 2015, in the Superior Court of California, County of Orange, Case No. 30-2015-00808898-CU-PO-CJC. A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as Exhibit "A."

3. On September 15, 2015, Defendant was personally served with the Summons and a copy of Plaintiff's Complaint.

4. As Defendant received Plaintiff's Complaint on September 15, 2015, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b).

**B.    BASIS FOR REMOVAL**

5. Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996); *Mims v. Arrow Fin. Servs.*, 132 S.Ct. 740, 746 (2012). Specifically, Plaintiff has alleged claims that arise under 47 U.S.C. § 227 *et seq.* for alleged violations of the Telephone Consumer Protection Act ("TCPA"). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a).

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## B. JURY DEMAND

8. Defendant demands a jury trial.

## C. CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under 47 U.S.C. § 227 *et seq.* for alleged violations of the Telephone Consumer Protection Act

Dated: October 14, 2015

CARLSON & MESSER LLP

By: _____
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
RECEIVABLES PERFORMANCE
MANAGEMENT, LLC