## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACQUELINE TAYLOR, | | CASE NUMBER: |
| | | 8:15-cv-01644-JLS-KES |
| v. | Plaintiff(s) | |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, | | **NOTICE OF MEDIATION DATE** |
| | Defendant(s). | |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for  MAY 2, 2016 _____  at  10:00 ____  ☑a.m. /  ☐p.m.

LOCATION:  Gumport | Mastan, 550 S. Hope St., Ste. 1765, Los Angeles, CA 90071-2627

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: March 3, 2016 _____

**Panel Mediator:** LEONARD L. GUMPORT

**Address:** c/o GUMPORT | MASTAN

550 S. Hope St., Ste. 1765

Los Angeles, CA 90071-2627

**Phone:** (213) 452-4901

## PROOF OF SERVICE

**STATE OF CALIFORNIA**      )
                                    ) ss.

**COUNTY OF LOS ANGELES**     )

         I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Gumport | Mastan, 550 South Hope Street, Suite 1765, Los Angeles, CA 90071-2627.

         On **March 3, 2016,** in the manner indicated below, the foregoing document described as: **NOTICE OF MEDIATION DATE** was served on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, with first class postage prepaid, addressed as follows:

\_\_\_\_     **(BY FIRST CLASS U.S. MAIL or OVERNIGHT MAIL)** I served the following person(s) and/or entity(ies) at the last known address(es) in this case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

                     **[SEE ATTACHED SERVICE LIST]**

**X**     **(BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF").** I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses on the list below:

                     **[SEE ATTACHED NEF LIST]**

                          \* \* \* \* \* \*

\_\_\_     (STATE)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X**     **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED **March 3, 2016** at Los Angeles, California.

KATHLEEN MAROSY

## SERVICE LIST

### JACQUELINE TAYLOR v. RECEIVABLES PERFORMANCE MGMT., LLC
### Case No.  8:15-cv-01644-JLS-KES

### BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

- **Leonard L Gumport**
  lgumport@gumportlaw.com
- **David J Kaminski**
  kaminskid@cmtlaw.com, watkinss@cmtlaw.com, eldridges@cmtlaw.com, brooksl@cmtlaw.com, lopezp@cmtlaw.com, gabrielt@cmtlaw.com, WatkinsS@cmtlaw.com
- **Joseph Richard Manning , Jr**
  info@manninglawoffice.com
- **Michael John Manning**
  mike@manninglawoffice.com
- **Phillip Bao Nghiem**
  philn@manninglawoffice.com
- **Stephen A Watkins**
  watkinss@cmtlaw.com, brownk@cmtlaw.com, messerc@cmtlaw.com, brooksl@cmtlaw.com, lopezp@cmtlaw.com, kaminskid@cmtlaw.com