1  **THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
   **A PROFESSIONAL CORPORATION**
2  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   Michael J. Manning, Esq. (State Bar No. 286879)
3  Phillip B. Nghiem, Esq. (State Bar No. 291525)
   4667 MacArthur Boulevard, Suite 150
4  Newport Beach, CA 92660
   PH: (949) 200-8755
5  FX: (866) 843-8308
   Info@manninglawoffice.com

6  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE TAYLOR, an individual, | Case No.: 8:15-cv-01644-JLS-KES |
| PLAINTIFF, | **NOTICE OF SETTLEMENT** |
| vs. | HON. JUDGE JOSEPHINE L. STATON |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, and DOES 1 to 10, inclusive, | |
| DEFENDANTS. | |

Plaintiff JACQUELINE TAYLOR ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the

1  parties will file the appropriate dismissal documents with the court.

2

3

4  Dated:      August 19, 2016         **LAW OFFICES OF JOSEPH R. MANNING, JR., APC**

5

6                                      By:  /s/ Michael J. Manning, Esq.
                                            Michael Manning, Esq.
7                                           Joseph R. Manning, Jr., Esq.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                              **NOTICE OF SETTLEMENT**
                                          2
28

# PROOF OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 4667 MacArthur Blvd., Suite 150, Newport Beach, CA 92660.

On August 19, 2016, I served the true copies of the foregoing document described as NOTICE OF SETTLEMENT on the interested parties in this action, addressed as follows:

Served Electronically via Court's CM/ECF System:

CARLSON & MESSER, LLP
David J. Kaminski, Esq.
Stephen A. Watkins, Esq.
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045

I certify under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this affidavit was executed on August 19, 2016.

_____/s/ Linda Sanchez\_\_\_\_
            Linda Sanchez

---

**NOTICE OF SETTLEMENT**

3